Curt Roy Hineline, OSB No. 913153
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
(206) 332-1380
chineline@bakerlaw.com
*Counsel for Defendant*
*Clackamas Community College*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| EMMA CENTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLACKAMAS COMMUNITY COLLEGE,<br><br>Defendant. | CASE NO. 3:26-CV-00248-JR<br><br>**MOTION FOR AN EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND** |

## DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF

## TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Clackamas Community

College ("Defendant") respectfully moves this Court (the "Motion") for a 14-day extension of

DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME - 1
CASE NO. 3:26-CV-00248-JR

time, until March 16, 2026, in which to move, answer, or otherwise respond to the Class Action

Complaint (the "Complaint") in this matter. In support of this Motion, Defendant states:

1.  On or about February 4, 2026, Plaintiff filed the Complaint.

2.  On or about February 9, 2026, Plaintiff served the Complaint on Defendant.

3.  The current deadline for Defendant to file a response to the Complaint is March 2, 2026.

4.  Defendant respectfully submits that good cause exists to extend the deadline to move, answer, or otherwise respond to the Complaint until March 16, 2026. *See* Fed. R. Civ. P. 6(b)(1) (stating that the Court may for good cause grant requests for extension of time made before the original time expires). There have been three complaints filed in relation to this matter and counsel for Defendant was just recently retained. The requested extension will provide Defendant with additional time to investigate the Complaint's factual allegations and discuss consolidation with Plaintiffs' counsel. Moreover, the deadline for Defendant to respond has not passed yet.

5.  The requested extension will not burden or prejudice Plaintiff or any third parties and is consistent with the just, speedy, and inexpensive determination of this action. See Fed. R. Civ. P. 1.

6.  Defendant's counsel conferred with Plaintiff's counsel regarding the requested extension on February 24, 2026  and February 27, 2026 and Plaintiff does not oppose the Motion.

DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME - 2
CASE NO. 3:26-CV-00248-JR

For the foregoing reasons, Defendant respectfully requests that the Court grant this unopposed Motion extending the time for Defendant to move, answer, or otherwise respond to the Complaint until March 16, 2026.

DATED:  February 27, 2026

Respectfully submitted,

*s/ Curt Roy Hineline*
Curt Roy Hineline, OSB No. 913153
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
(206) 332-1380
Email: chineline@bakerlaw.com

*Attorney for Defendant Clackamas Community College*

DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME - 3
CASE NO. 3:26-CV-00248-JR

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 27, 2026, the foregoing was filed with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to the following:


Kaleigh Boyd
MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, WA 98101
206-389-9332
Email: kboyd@mcnaul.com

*Attorney for Plaintiff Emma Center*




*s/ Cheryl A. Phillips*_____
Cheryl A. Phillips, Legal Assistant